# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-7093                                              September Term, 2007

07cv00448

Filed On:

Anthony C. Kenney,
    Appellant

v.

Swift Transportation Co., Inc., et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    SEP - 5 2007

CLERK

**ORDER**

By order filed July 5, 2007, appellant was directed to file his answer to the order to show cause by August 6, 2007. The order was sent to appellant by certified mail, return receipt requested and by first class mail. Appellant received and signed for the order on July 9, 2007. To date, appellant has not complied with the court's July 5, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 10/9/07
BY:
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk